IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| UNION HOME MORTGAGE CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:25-cv-01650-BMB |
| | ) |
| NATHAN DUCE, RACHEL DUCE, AND | ) |
| AMERICAN PACIFIC MORTGAGE | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this matter and all causes of action asserted in this matter, whether claims, counterclaims, or otherwise, should be dismissed with prejudice. The parties further stipulate and agree that each party will bear their own fees and costs.

Dated: October 20th, 2025

/s/ Jason T. Clagg
Jason T. Clagg, Ohio Atty. No. 97303
(jason.clagg@btlaw.com)
Cody D. Woods, Ohio Atty. No. 103642
(cwoods@btlaw.com)
BARNES & THORNBURG LLP
888 S. Harrison Street, Suite 600
Fort Wayne, Indiana 46802
Telephone: (260) 423-9440
Facsimile: (260) 424-8316

*Counsel for Plaintiff*
*Union Home Mortgage Corp.*

Michael P. O'Donnell
(modonnell@frantzward.com)
Andrew J. Cleves
(acleves@frantzward.com)
Lauri P. Hartmann
(lhartmann@frantzward.com)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH 44114
Telephone: (216) 515-1660
Facsimile: (216) 515-1650

*Counsel for Defendant*
*American Pacific Mortgage Corporation*

Page 1 of 2

_[signature]_   _[signature]_

Nathan Duce, *pro se*  
4750 Pool Drive  
Winston, GA 30187

Rachel Duce, *pro se*  
4750 Pool Drive  
Winston, GA 30187

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically on this 20th day of October 2025. Notice of this filing will be sent to all represented parties by operation of the Court's electronic filing system and to unrepresented parties at the follow via ordinary mail:

Nathan Duce
4750 Pool Drive
Winston, GA 30187

Rachel Duce
4750 Pool Drive
Winston, GA 30187

                                                  */s/ Michael P. O'Donnell*

                                                  *One of the Attorneys for Defendants*